# UNITED STATES DISTRICT COURT
## District of Minnesota

Twin City Bricklayers Fringe Benefit Funds,
Trustees of,

Plaintiff(s)

-vs- Civil Action 01-1838JRT/FLN

Tailored Systems, Inc. and Donald
Samborski,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) Tailored Systems, Inc. and Donald Samborski in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Tailored Systems, Inc., and Donald Samborski

this 10th day of January, 2002.

FRANCIS E. DOSAL, CLERK

By Denise La Fond
Denise La Fond, Deputy Clerk

forms/entry of default.frm

5